**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL RESOURCE HOLDINGS, LLC,<br><br>Defendant. | Hon. Madeline Cox Arleo<br>Hon. Leda Dunn Wettre<br><br>Civil Action No. 2:26-cv-11675<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* OF KATHY D. PATRICK, ESQUIRE** |

**THIS MATTER**, having been brought before the Court upon the application of Defendant, Environmental Resource Holdings, LLC, for the admission *pro hac vice* of Kathy D. Patrick, Esquire; and

**WHEREAS**, Kathy D. Patrick, Esquire has certified that there are currently no disciplinary proceedings pending against her in any jurisdiction and there has been no discipline previously imposed on her in any jurisdiction; and the Court having considered the submissions of the parties; and there being no opposition to this application; and for good cause shown;

**IT IS** on this __4th__ day of __November__, 2026

**ORDERED** that Kathy D. Patrick, Esquire be permitted to appear and participate as *pro hac vice* counsel for Defendant, Environmental Resource Holdings, LLC, in this matter pursuant to L. Civ. R. 101.1(c).

**IT IS FURTHER ORDERED** that all pleadings, briefs and other papers filed with the Court on Defendant's behalf shall be signed by John J. McDermott, Esquire of McDermott Wild LLC or a member of his firm who is a member in good standing of the Bar of the State of New

Jersey and of this Court, who shall be held responsible for said papers and for the conduct of this case and who shall be present before the Court during all stages of this proceeding, unless excused by the Court.

**IT IS FURTHER ORDERED** that Kathy D. Patrick, Esquire shall pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28, and she shall take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

**IT IS FURTHER ORDERED** that pursuant to L. Civ. R. 101.1(c)(3), Kathy D. Patrick, Esquire shall make a payment of $250.00, for admission, payable to the Clerk, United States District Court.

**IT IS FURTHER ORDERED** that Kathy D. Patrick, Esquire shall be bound by the Rules for the United States District Court for the District of New Jersey, including but not limited to L. Civ. R. 103.1, Judicial Ethics and Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys.

Leda Dunn Wettre

Hon. Leda Dunn Wettre, U.S.M.J.